JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CHILIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STARBUCKS CORPORATION; MCT PROPERTIES, INC.; and DOES 1 to 10,<br><br>　　　　　Defendants. | Case No. 5:23-cv-01571-MCS-SP<br><br>**JUDGMENT** |

Pursuant to the Court's Order of Dismissal, it is ordered, adjudged, and decreed that this case is dismissed without prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: September 11, 2023

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MARK C. SCARSI
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1